IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS W. CUNNINGHAM,

    Plaintiff,

v.                                                                    No. CV 13-0769 KG/WPL

THE SECOND JUDICIAL DISTRICT
ATTORNEY'S OFFICE FOR THE
STATE OF NEW MEXICO,
ASSISTANT DISTRICT ATTORNEY
AMBER FAYERBERG,

Defendants.

## JUDGMENT

THIS MATTER having come before the Court, *sua sponte* under 28 U.S.C. § 1915(e)(2) and rule 12(b)(6) of the Federal Rules of Civil Procedure; and the Court having entered an order dismissing Plaintiff's complaint with prejudice,

IT IS THEREFORE ORDERED that judgment is hereby entered in favor of Defendants, and this action is dismissed.

_____
UNITED STATES DISTRICT JUDGE